In the Matter of the Petition of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, Appellant, *v.* NORTHERN UNION GAS COMPANY, Respondent.

*Matter of Public Service Commission v. Northern Union Gas Co.*, 168 App. Div. 731, affirmed.
(Argued January 4, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 9, 1915, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to furnish a regular or "black" meter upon request without charge therefor to any occupant of premises supplied by it with gas, in which premises it has already installed at the request of an owner or a former occupant a "prepayment" meter.

*Henry H. Whitman* and *George S. Coleman* for appellant.

*John A. Garver* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN and HOGAN, JJ. Dissenting: WILLARD BARTLETT, Ch. J., CARDOZO and SEABURY, JJ.